UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,**

      **Plaintiff,**

v.                                            **Case No:  6:19-cv-273-Orl-41TBS**

**TOWN CENTER CONDOMINIUM ASSOCIATION, INC., TOWN CENTER FOUNDATION, INC., LEXIN CELEBRATION, LLC, LEXIN CAPITAL, LLC, LEXIN REALTY, LLC, METIN NEGRIN, JAMES DEROW, FRANCIS JENKINS, FATIMA GRIFFITH, DENNIS BIALES, ADAM HANSKI, TATYANA KHVAN and LEXIN CELEBRATION COMMERCIAL, LLC,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 31) filed by all Defendants except Town Center Condominium Association, Inc. ("Town Center Condominium"). Town Center Condominium and Plaintiff do not oppose the motion. (Notice, Doc. 32). Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 31) is **GRANTED**.

2. This case is **DISMISSED without prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 22, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record